UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI THAI,<br><br>                         Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,<br><br>                         Respondents. | Case No.: 3:26-cv-00252-RBM-MSB<br><br>**ORDER DENYING AS MOOT PETITION [Doc. 1] AND MOTION FOR TEMPORARY RESTRAINING ORDER [Doc. 3]** |

The Court previously ordered the Parties to file a Joint Status Report on or before January 30, 2026 indicating whether Petitioner has been successfully removed to Vietnam. (Doc. 8 at 1–2.)  The Parties filed a Joint Status Report.  (Doc. 9.)  In the Joint Status Report, the Parties represent "that Petitioner was removed from the United States on January 29, 2026.  The Petition in this matter is thus moot and the parties agree that this matter may be dismissed and closed."  (*Id.* at 1.)

Accordingly, the Court **DENIES AS MOOT** the Petition for Writ of Habeas Corpus (Doc. 1) and the Motion and Memorandum of Law in Support of Temporary Restraining Order (Doc. 3).  The Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

DATE:  February 2, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE